# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

The State of Texas,                          * From the County Court at
                                               Law No. 1 of Hays County,
                                               Trial Court No. 093821.


Vs. No. 11-11-00280-CR                       * October 17, 2013


Jenna Lynne Moralez,                         * Memorandum Opinion by McCall, J.
                                               (Panel consists of: Wright, C.J.,
                                               McCall, J., and Willson, J.)


      This court has inspected the record in this cause and concludes that there is no error in the order below.   Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.